**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| AKANINYENE EFIONG AKAN, | : | No. 109 WM 2018 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS, ALLEGHENY COUNTY | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.

   Justice Wecht did not participate in the consideration or decision of this matter.